IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MONIQUE H. WORRELL, IN HER OFFICIAL
CAPACITY AS THE STATE ATTORNEY FOR
THE NINTH JUDICIAL CIRCUIT OF FLORIDA,

    Appellant,

                                     Case No.  5D22-2084
 v.                                 LT Case No. 2008-GA-000783

BARBARA ANN BOURQUE, AS GUARDIAN
ADVOCATE FOR ASHLEY KARLAN,

    Appellee.

_____/

Decision filed February 21, 2023

Appeal from the Circuit Court
for Seminole County,
John Galluzzo, Judge.

Kamilah L. Perry, Assistant State
Attorney, of Ninth Judicial Circuit State
Attorney's Office, Orlando, for Appellant.

Steven G. Mason, of Law Office of Steven G.
Mason, P.A., Altamonte Springs, and Eric
Faddis, of Law Offices of Eric Faddis, Maitland,
for Appellee.


PER CURIAM.

    AFFIRMED.

EVANDER, EDWARDS and MAKAR, JJ., concur.